**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ASOCIACIÓN HOSPITAL DEL MAESTRO, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 17-cv-2302 (ADC) |
| ALEX M. AZAR II, in his official capacity as Secretary, U.S. Department of Health and Human Services,[1] | ) ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND TO SET A DEADLINE FOR FILING OF THE CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendant Alex M. Azar II, in his official capacity as Secretary of Health and Human Services, by and through undersigned counsel, respectfully moves the Court for an Order extending the time for him to file a responsive pleading by sixty days, up to and including May 18, 2018, and requiring that he file a certified list of the contents of the administrative record on the same day, May 18, 2018. In support of this motion, Defendant states as follows:

1. This case involves judicial review of administrative agency action under the Administrative Procedure Act and, thus, requires the compilation of an administrative record.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendant is required to respond to the complaint within 60 days after service on the United States attorney.

---

[1] Alex M. Azar II, Secretary of the Department of Health and Human Services, has been substituted for his predecessor, Acting Secretary Eric D. Hargan, as the defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Accordingly, the deadline for Defendant to file a responsive pleading is March 19, 2018.  Moreover, the local rules of this district do not provide a deadline for the agency defendant to file a certified list of the contents of the administrative record in a record-review case under the Administrative Procedure Act, such as this one. Accordingly, any deadline for such certified list would otherwise have to be determined pursuant to a joint stipulation or court order.

3.  There is good cause to extend by sixty days, up to and including May 18, 2018, the deadline for Defendant to file a responsive pleading, while requiring that Defendant file a certified list of the contents of the administrative record by the same date.  The administrative record in this case is voluminous, approximately somewhere between 5,000-6,000 pages, and involves eighty-nine individual hospital appeals before the Provider Reimbursement Review Board ("PRRB"), which were consolidated into five PRRB group appeals.  *See* Compl., ECF No. 1, ¶ 33.  These appeals concern Medicare reimbursement claims brought by twenty-five plaintiff hospitals for fiscal years spanning 1999 through 2006.  *Id.*  Defendant has yet to complete its compilation of this voluminous administrative record upon receipt from the PRRB, a process that consists of organizing, indexing, and bates stamping the thousands of pages in the record.  The office within the Department of Health & Human Services responsible for compiling the administrative record has a heavy workload and has to devote its limited resources to produce somewhere between 3-5 administrative records in a given month.

4.  Moreover, once the record is compiled, the undersigned counsel and counsel for the agency have to review the approximately 5,000-6,000 pages of the administrative

record.  And, given that counsel for Defendant will need to refer to the record in preparing a response to the complaint, there is good cause for this motion in light of the size of the record, especially while requiring Defendant to also file its certified list of contents on the same day.

5. No previous extension has been requested.  The local rules already provide for a 30-day extension that may be granted by the Clerk of Court.  *See* Local Rule 6 of Civil Procedure.  And, given the circumstances of this case and for the reasons stated above, Defendant's request for an extension until May 18, 2018 is warranted and justified, especially, since granting this motion will have no effect on any other existing deadlines.

For the foregoing reasons, Defendant respectfully requests that the Court extend the time for Defendant to file a responsive pleading by sixty days, up to and including May 18, 2018, and require that Defendant file a certified list of the contents of the administrative record the same day, May 18, 2018.

Dated:  March 12, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOEL McELVAIN
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES (DPR# G02704)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.

3

Washington, D.C. 20530
(202) 305-8550 (office); (202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Civil Rule 5.1(b), that on March 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

/s/ Cesar A. Lopez-Morales
CESAR A. LOPEZ-MORALES (DPR# G02704)
U.S. Department of Justice